**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KYLE J.,<br><br>　　　　　　**Plaintiff,**<br><br>　　v.<br><br>CAROLYN COLVIN, Acting<br>Commissioner of Social Security,<br><br>　　　　　　**Defendant.**<br>_____ | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | NO. EDCV 24-02574 MWC (KS)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, all of the records herein, the briefs filed by the parties, and the Report and Recommendation of United States Magistrate Judge ("Report"). No objections were filed and the period to do so has passed. Having completed its review, the Court accepts the findings and recommendations set forth in the Report. Accordingly, IT IS ORDERED that the Commissioner's decision is REVERSED, this matter is REMANDED for further proceedings consistent with the findings and recommendations in the Report, and Judgment shall be entered accordingly.

DATED:　　March 23, 2026

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　MICHELLE WILLIAMS COURT
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1