JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KYLE J.,** | ) **NO. EDCV 24-02574 MWC (KS)** |
| **Plaintiff,** | ) |
| | ) |
| **v.** | ) **JUDGMENT** |
| | ) |
| **CAROLYN COLVIN, Acting** | ) |
| **Commissioner of Social Security,** | ) |
| **Defendant.** | ) |
| _____ | ) |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge, IT IS ADJUDGED that the decision of the Commissioner of Social Security is REVERSED and the above-captioned action is REMANDED for further proceedings consistent with the Chief Magistrate Judge's Report and Recommendation.

DATED:    March 23, 2026

_____
MICHELLE WILLIAMS COURT
UNITED STATES DISTRICT JUDGE