UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| KYLE DOUGLAS JASPER, | Case No. 5:24-cv-02574-MWC-KS |
| Plaintiff, | **ORDER FOR THE AWARD AND PAYMENT OF ATTORNEY FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT (DKT. 22)** |
| v. | |
| FRANK BISIGNANO, Commissioner of Social Security, | |
| Defendant. | |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees and Expenses, the Court **ORDERS** that fees and expenses in the amount of $6,900.00 as authorized by 28 U.S.C. § 2412, and no costs under 28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation.

**IT IS SO ORDERED.**

DATE: April 23, 2026

_____

HON. MICHELLE WILLIAMS COURT
UNITED STATES DISTRICT JUDGE